IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CRIMINAL NO. 25-227-5 |
| **JOSE RODRIGUEZ-PERALTA** | : | |

**ORDER**

AND NOW, this 30th day of September, 2025, upon consideration of the government's Motion to Dismiss the Indictment without prejudice in the above captioned case, it is hereby: ORDERED that the Motion is GRANTED and the above indictment is DISMISSED as to this defendant only without prejudice.

BY THE COURT:

S/ WENDY BEETLESTONE
_____
HONORABLE WENDY BEETLESTONE
*Chief Judge, United States District Court*